**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 44 WM 2020
:
Respondent    :
:
:
v.    :
:
:
NATHANIAL RAY PRICE,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of May, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.